UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ZENITH INSURANCE COMPANY,

Plaintiff,

v.

CNH INDUSTRIAL AMERICA, LLC,

Defendant.

No. 1:19-cv-00217-DAD-EPG

ORDER REMANDING ACTION TO STANISLAUS COUNTY SUPERIOR COURT

(Doc. No. 8)

On January 3, 2019, plaintiff initiated this action in Stanislaus County Superior Court. (Doc. No. 1-1 at 2.) On February 14, 2019, defendant removed the action to this court. (Doc. No. 1 at 1.) On March 7, 2019, plaintiff moved to remand this action to state court, and indicated in its motion that defendant does not oppose remand. (Doc. No. 8.) For the reasons stated below, the court will grant plaintiff's motion.

Based on the parties' submissions, the court understands that this action relates to a dispute over distribution of workers' compensation benefits. (*See* Doc. No. 1-4 at 3.) Under 28 U.S.C. § 1445(c), "[a] civil action in any State court arising under the workmen's compensation laws of such State may not be removed to any district court of the United States." Thus, "[a]s a general matter, a case arising under California's worker's compensation laws cannot be removed to this court." *Zurich Am. Ins. Co. v. Gen. Motors Corp.*, 242 F. Supp. 2d 736, 737 (E.D. Cal. 2003). There is apparently no dispute between the parties that this matter falls within § 1445(c).

1

Accordingly,

1. Plaintiff's unopposed motion to remand (Doc. No. 8) is granted;
2. This action is remanded to Stanislaus County Superior Court for all further proceedings; and
3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: **March 8, 2019**

*Dale A. Drozd*
UNITED STATES DISTRICT JUDGE